# EXHIBIT A

**Source:** Pomerantz LLP
November 17, 2016 16:13 ET

# Pomerantz Law Firm Announces the Filing of a Class Action against Alexion Pharmaceuticals, Inc. and Certain Officers – ALXN

NEW YORK, Nov. 17, 2016 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Alexion Pharmaceuticals, Inc. ("Alexion" or the "Company")(NASDAQ:ALXN) and certain of its officers.  The class action, filed in United States District Court, Southern District of New York, and docketed under 16-cv-08946, is on behalf of a class consisting of all persons or entities who purchased or otherwise acquired Alexion between February 10, 2014 and November 9, 2016, both dates inclusive (the "Class Period"), seeking to recover compensable damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

If you are a shareholder who purchased Alexion during the Class Period, you have until January 17, 2017 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free, ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.

**[Click here to join this class action]**

Alexion, a biopharmaceutical company, develops and commercializes therapeutic products. Among the Company's products is Soliris (eculizumab), a monoclonal antibody for the treatment of paroxysmal nocturnal hemoglobinuria (PNH), a genetic blood disorder, and atypical hemolytic uremic syndrome (aHUS), a genetic disease.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Alexion employed improper sales practices with respect to Soliris; (ii) consequently, the Company's revenues from Soliris sales were unlikely to be sustainable; and (iii) as a result of the foregoing, Alexion's public statements were materially false and misleading at all relevant times.

On November 4, 2016, Alexion cancelled an appearance at the Credit Suisse Healthcare Conference, scheduled for November 6-8, 2016, telling Leerink Partners LLC only that "something came up."  Following the cancellation, analysts noted that Alexion had also failed to file its Quarterly Report on Form 10-Q with the SEC within two days of its earnings announcement on October 27, 2016, a break from the Company's historical practice.

On this news, Alexion's share price fell $8.95, or 6.94%, to close at $120.05 on November 7, 2016, the following trading day.

On November 9, 2016, post-market, Alexion issued a press release and filed a Current Report on Form 8-K with the SEC concerning certain of the Company's financial and operating results for the quarter ended September 30, 2016 (the "Q3 2016 8-K") and filed a Form NT 10-Q with the SEC (the "Q3 2016 NT 10-Q"), announcing that the Company would not be able to timely file its financial and operating results for the quarter ended September 30, 2016.

On this news, Alexion's share price fell $0.28, or 0.22%, to close at $126.88 on November 10, 2016.  As the market continued to digest the significance of Alexion's announced investigation, Alexion's share price fell an additional $13.26, or 10.45%, to close at $113.62 on November 11, 2016.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See [www.pomerantzlaw.com](www.pomerantzlaw.com)

CONTACT:

Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com

Retrieved from "http://globenewswire.com/news-release/2016/11/17/891149/0/en/Pomerantz-Law-Firm-Announces-the-Filing-of-a-Class-Action-against-Alexion-Pharmaceuticals-Inc-and-Certain-Officers-ALXN.html"