# EXHIBIT B

# EXHIBIT B

| Name | Date | Shares Purchased | Share Price | Total Cost | Date** | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Gwinnett County Public Employees Retirement System** | 04/10/2014 | 6 | $144.40 | $866.42 | 01/22/2016 | 94 | $158.77 | $14,924.42 | |
| | 04/10/2014 | 199 | $144.75 | $28,806.03 | 01/25/2016 | 54 | $158.36 | $8,551.61 | |
| | 04/11/2014 | 685 | $144.14 | $98,733.85 | 01/25/2016 | 80 | $158.86 | $12,708.47 | |
| | 09/11/2014 | 3,220 | $165.99 | $534,472.34 | 12/27/2016 | 1,964 | $126.66 | $248,767.70 | |
| | 10/15/2014 | 311 | $158.47 | $49,285.01 | held | 27,356 | $126.36 | $3,456,775.52 | |
| | 10/15/2014 | 432 | $157.33 | $67,964.40 | | | | | |
| | 10/16/2014 | 703 | $157.50 | $110,722.50 | | | | | |
| | 10/16/2014 | 762 | $158.64 | $120,880.17 | | | | | |
| | 11/04/2014 | 489 | $191.22 | $93,508.39 | | | | | |
| | 11/05/2014 | 11 | $194.10 | $2,135.10 | | | | | |
| | 11/05/2014 | 44 | $193.24 | $8,502.53 | | | | | |
| | 11/05/2014 | 65 | $193.62 | $12,585.07 | | | | | |
| | 11/05/2014 | 191 | $193.23 | $36,906.03 | | | | | |
| | 11/14/2014 | 500 | $188.72 | $94,361.10 | | | | | |
| | 11/20/2014 | 118 | $191.95 | $22,650.52 | | | | | |
| | 11/20/2014 | 195 | $192.49 | $37,535.53 | | | | | |
| | 11/21/2014 | 287 | $193.34 | $55,487.52 | | | | | |
| | 12/01/2014 | 300 | $193.00 | $57,900.00 | | | | | |
| | 12/10/2014 | 300 | $191.28 | $57,383.25 | | | | | |
| | 12/17/2014 | 700 | $178.53 | $124,969.53 | | | | | |
| | 12/23/2014 | 2,000 | $179.17 | $358,347.20 | | | | | |
| | 12/29/2014 | 160 | $189.16 | $30,265.49 | | | | | |
| | 01/16/2015 | 44 | $177.66 | $7,817.18 | | | | | |
| | 01/16/2015 | 58 | $177.74 | $10,308.83 | | | | | |
| | 01/20/2015 | 138 | $180.51 | $24,909.69 | | | | | |
| | 01/20/2015 | 899 | $180.84 | $162,573.36 | | | | | |
| | 01/21/2015 | 99 | $181.57 | $17,975.56 | | | | | |
| | 01/21/2015 | 162 | $182.23 | $29,520.73 | | | | | |
| | 01/29/2015 | 300 | $185.48 | $55,643.16 | | | | | |
| | 01/30/2015 | 98 | $183.48 | $17,981.33 | | | | | |
| | 01/30/2015 | 202 | $183.75 | $37,117.72 | | | | | |
| | 02/11/2015 | 86 | $176.04 | $15,139.21 | | | | | |
| | 02/11/2015 | 214 | $175.75 | $37,610.50 | | | | | |
| | 02/24/2015 | 175 | $181.92 | $31,835.14 | | | | | |
| | 02/24/2015 | 225 | $181.29 | $40,790.57 | | | | | |
| | 03/02/2015 | 3 | $181.64 | $544.93 | | | | | |
| | 03/02/2015 | 242 | $181.77 | $43,988.10 | | | | | |
| | 03/02/2015 | 278 | $182.69 | $50,786.99 | | | | | |
| | 03/03/2015 | 235 | $181.86 | $42,737.95 | | | | | |
| | 03/03/2015 | 697 | $181.73 | $126,665.95 | | | | | |
| | 03/04/2015 | 555 | $182.86 | $101,484.75 | | | | | |
| | 03/06/2015 | 26 | $180.80 | $4,700.68 | | | | | |
| | 03/06/2015 | 150 | $181.26 | $27,189.41 | | | | | |
| | 03/06/2015 | 152 | $181.60 | $27,603.70 | | | | | |
| | 03/06/2015 | 355 | $181.54 | $64,445.42 | | | | | |
| | 03/09/2015 | 161 | $184.83 | $29,758.24 | | | | | |
| | 03/09/2015 | 271 | $182.83 | $49,546.50 | | | | | |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 03/10/2015 | 1,075 | $182.17 | $195,828.34 |
| 03/11/2015 | 300 | $179.11 | $53,732.37 |
| 03/11/2015 | 329 | $178.80 | $58,825.40 |
| 03/12/2015 | 171 | $178.75 | $30,566.40 |
| 04/01/2015 | 300 | $168.33 | $50,499.75 |
| 04/24/2015 | 300 | $180.73 | $54,217.50 |
| 05/06/2015 | 400 | $151.89 | $60,757.64 |
| 05/06/2015 | 1,317 | $155.52 | $204,817.60 |
| 05/06/2015 | 1,393 | $155.09 | $216,037.17 |
| 06/10/2015 | 367 | $166.90 | $61,252.48 |
| 06/10/2015 | 697 | $168.65 | $117,549.47 |
| 06/11/2015 | 194 | $168.54 | $32,696.74 |
| 06/11/2015 | 212 | $168.68 | $35,760.05 |
| 09/21/2015 | 500 | $161.51 | $80,755.00 |
| 09/23/2015 | 327 | $159.95 | $52,302.51 |
| 09/23/2015 | 470 | $159.77 | $75,094.06 |
| 09/24/2015 | 143 | $156.98 | $22,448.23 |
| 09/28/2015 | 400 | $145.70 | $58,281.88 |
| 09/29/2015 | 255 | $150.69 | $38,425.34 |
| 09/29/2015 | 309 | $148.53 | $45,896.67 |
| 09/29/2015 | 396 | $150.35 | $59,539.31 |
| 01/12/2016 | 200 | $161.61 | $32,322.76 |
| 01/20/2016 | 117 | $151.18 | $17,687.49 |
| 01/20/2016 | 283 | $152.04 | $43,027.32 |
| 04/29/2016 | 77 | $138.08 | $10,632.10 |
| 04/29/2016 | 138 | $138.03 | $19,047.93 |
| 05/12/2016 | 245 | $137.48 | $33,681.69 |
| 06/27/2016 | 112 | $111.93 | $12,536.18 |
| 06/27/2016 | 188 | $111.59 | $20,979.26 |
| 10/12/2016 | 300 | $119.04 | $35,710.50 |
| 11/09/2016 | 530 | $127.98 | $67,831.10 |
| **Movant's Total** | **29,548** | | **$4,961,683.80** | 29,548 | $3,741,727.73 | ($1,219,956.07) |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $126.36 as of January 13, 2017 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.