```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

--------------------------------x
BOSTON RETIREMENT SYSTEM, on     :
behalf of itself and all others  :
similarly situated,              :
                                 :
            Plaintiff,            :
                                 :
v.                               :   CIV. NO. 3:16-CV-2127 (AWT)
                                 :
ALEXION PHARMACEUTICALS, INC.,   :
LEONARD BELL, DAVID L. HALLAL,   :
and VIKAS SINHA,                 :
                                 :
            Defendants.           :
--------------------------------x

## **APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

The court has considered the application by Erste-Sparinvest Kapitalanlagegesellschaft mbH ("Erste-Sparinvest") and the Public Employee Retirement System of Idaho ("PERSI") seeking appointment as Lead Plaintiff and approval of their selection of Lead Counsel, pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.  For good cause shown, the court hereby orders that:

(1)  Erste-Sparinvest and PERSI are APPOINTED as Lead Plaintiff in the Action.

(2)  Lead Plaintiff's selection of Motley Rice LLC and Labaton Sucharow LLP to serve as Lead Counsel is APPROVED, and Motley Rice LLC and Labaton Sucharow LLP are APPOINTED to serve as Lead Counsel for the Class.

It is so ordered.

Signed this 12th day of April, 2017, at Hartford, Connecticut.

                                                  /s/ AWT
Alvin W. Thompson
United States District Judge