UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM on behalf of itself and all others similarly situated,<br><br>         Plaintiffs,<br><br>      - v. -<br><br>ALEXION PHARMACEUTICALS, INC.; LEONARD BELL; DAVID L. HALLAL; VIKAS SINHA; DAVID BRENNAN; DAVID J. ANDERSON; LUDWIG N. HANTSON; and CARSTEN THIEL,<br><br>         Defendants. | Case No. 3:16-cv-02127-AWT<br><br>**DECLARATION OF MAXWELL A. KOSMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT** |

Maxwell A. Kosman deposes and says:

1. I am an associate of the law firm Paul, Weiss, Rifkind, Wharton & Garrison, LLP, attorneys for Defendants Alexion Pharmaceuticals, Inc. ("Alexion"), Dr. Leonard Bell, David L. Hallal, Vikas Sinha, David Brennan, David J. Anderson, Ludwig N. Hantson and Carsten Thiel (collectively, "Defendants") in the above-captioned action. I respectfully submit this declaration in support of the motion by defendants to dismiss the Consolidated Class Action Complaint, dated July 14, 2017 ("the Complaint").

2. The Complaint incorporates by reference a number of sources, each of which can be considered by this Court in deciding the instant Motion to Dismiss. Defendants cite these sources, along with additional publicly available information of which the Court can take judicial notice, in its Memorandum of Law in Support of the Motion to Dismiss (the "Memorandum"). To assist the Court, I am attaching as exhibits certain key documents which the Court can consider. For ease of reference, the documents referenced in the Memorandum are listed in

paragraphs 18-19 below, along with the corresponding paragraphs of the Complaint in which they are cited.

3. Attached as Exhibit 1 is a true and correct copy of an article titled *How a $440,000 Drug Is Turning Alexion Into Biotech's New Innovation Powerhouse*, published by Forbes on September 24, 2012.

4. Attached as Exhibit 2 is a true and correct copy of a transcript of comments made by Alexion officials at the Alexion Investor Conference held on December 10, 2015.

5. Attached as Exhibit 3 is a true and correct copy of a presentation given by Carsten Thiel at the Alexion Investor Conference held on December 10, 2015.

6. Attached as Exhibit 4 is a true and correct copy of an article titled *When the Patient is a Gold Mine: The Trouble With Rare-Disease Drugs*, published by Bloomberg on May 24, 2017.

7. Attached as Exhibit 5 is a true and correct copy of a press release Alexion issued on November 9, 2016.

8. Attached as Exhibit 6 is a true and correct copy of a press release Alexion issued on January 4, 2017.

9. Attached as Exhibit 7 is a true and correct excerpt from Alexion's quarterly report for its third fiscal quarter in 2016, which it filed with the SEC on January 4, 2017.

10. Attached as Exhibit 8 is a true and correct excerpt from Alexion's amended 2015 annual report, which it filed with the SEC on January 19, 2017.

11. Attached as Exhibit 9 is a true and correct copy of a press release Alexion issued on December 12, 2016.

2

12. Attached as Exhibit 10 is a true and correct copy of a chart titled "2015 Alexion Financial Support to Patient Advocacy Organization," which Alexion published on its website at http://www.alexion.com/Documents/2015-Financial-Support-to-PAOs.aspx.

13. Attached as Exhibit 11 is a true and correct copy of a press release Alexion issued on March 2, 2017.

14. Attached as Exhibit 12 is a true and correct copy of a press release Alexion issued on May 23, 2017.

15. Attached as Exhibit 13 is a true and correct copy of a press release Alexion issued on June 1, 2017.

16. Attached as Exhibit 14 is a true and correct copy of stock price information available on *Yahoo! Finance* providing Alexion's stock price between January 3, 2017 and January 6, 2017.

17. Attached as Exhibit 15 is a chart prepared by Defendants' counsel, based on Alexion's publicly-available filings with the SEC, identifying the transactions in Alexion stock made by David L. Hallal, Vikas Sinha, David Brennan, David J. Anderson, Ludwig N. Hantson and Carsten Thiel over the course of the purported class period.

18. The chart below identifies those documents cited by Defendants in the Memorandum that are incorporated in the Complaint.

| **Document Title** | **References in Complaint** | **Exhibit** |
|---|---|---|
| Matthew Herper, *How a $440,000 Drug Is Turning Alexion Into Biotech's New Innovation Powerhouse*, FORBES (Sept. 24, 2012) | ¶ 28 | 1[1] |
| David Hallal, Vikas Sinha, Carsten Thiel, et al., Presentation at Alexion Pharms., Inc. Investor Day (Dec. 10, 2015) | ¶ 186 | 2 |
| Alexion Pharms., Inc., Annual Report (Form 10-K) (Feb. 16, 2017), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-17-44&CIK=899866 | ¶¶ 65-66, 242, 281 | * |
| Carsten Thiel, Chief Commercial Officer, Alexion Pharms. Inc., *Commercial Leadership in Rare Diseases* Presentation at Alexion Pharms., Inc. Investor Day (Dec. 10, 2015) | ¶ 187 | 3 |
| Benjamin Elgin, Doni Bloomfield & Caroline Chen, *When the Patient is a Gold Mine: The Trouble With Rare-Disease Drugs*, BLOOMBERG (May 24, 2017) | ¶ 33, 75, 89, 92, 95-97, 100, 105-07, 265, 310 | 4 |
| Vikas Sinha and Elena Ridloff, Presentation at Bank of America Merrill Lynch Health Care Conference (May 10, 2016) | ¶¶ 217-20 | * |
| Alexion Pharms., Inc., Annual Report (Form 10-K) (Feb. 10, 2014), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-14-34&CIK=899866 | ¶¶ 118, 262, 278 | * |
| Alexion Pharms., Inc., Annual Report (Form 10-K) (Feb. 6, 2015), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-15-16&CIK=899866 | ¶¶ 153, 262, 278 | * |
| Press Release, Alexion Pharms., Inc., Alexion Provides Update on Form 10-Q Filing (Nov. 9, 2016) | ¶ 48 | 5 |
| Press Release, Alexion Pharms., Inc., Alexion Pharmaceuticals Files Form 10-Q for Third Quarter 2016 (Jan. 4, 2017) | ¶¶ 58-62, 291 | 6 |
| Alexion Pharms., Inc., Quarterly Report (Form 10-Q) (Jan. 4, 2017) | ¶ 109 | 7 |
| Alexion Pharms., Inc., Annual Report (Amended) (Form 10-K/A) (Jan. 19, 2017) | ¶ 64 | 8 |

---

[1] Documents with specified Exhibit numbers have been attached either in full, or in excerpted form, as exhibits to this Declaration. In order to limit the volume of materials provided to the Court, documents with an "*" in the "Exhibit" column have not been attached as exhibits hereto. The web addresses where those documents can be accessed are noted in the "Document Title" column. In addition, Defendants can, at the Court's request, provide the Court with hard copies of any documents identified herein.

| Press Release, Alexion Pharms., Inc., Alexion's Board of Directors Announces New Leadership Appointments (Dec. 12, 2016) | ¶ 53 | 9 |
|---|---|---|
| Reuters, *PF investiga fraude bilionária ligada a remédio para doença rara*, EXAME (May 8, 2017), *available at* http://exame.abril.com.br/brasil/pf-investiga-fraude-bilionaria-ligada-a-remedio-para-doenca-rara/ | ¶¶ 75, 77-79 | * |
| 2015 Alexion Financial Support to Patient Advocacy Organization, *available at* http://www.alexion.com/Documents/2015-Financial-Support-to-PAOs.aspx | ¶ 100 | 10 |
| David Hallal, Martin Mackay, and Vikas Sinha, Presentation at J.P. Morgan Health Care Conference (Jan. 12, 2016) | ¶ 189 | * |
| David Hallal, Presentation at Barclays Global Health Care Conference (Mar. 16, 2016) | ¶ 201 | * |
| Press Release, Alexion Pharms., Inc., Leonard Bell, M.D., Alexion's Founder, Announces Plans to Retire as Chairman and Board Member (Mar. 2, 2017) | ¶ 85 | 11 |
| Press Release, Alexion Pharms., Inc., Alexion Announces Executive Leadership Changes (May 23, 2017) | ¶¶ 18, 82-83, 85, 292 | 12 |
| Max Nisen, *Alexion Has a Savior Complex*, BLOOMBERG (June 15, 2017) | ¶ 88 | * |
| Press Release, Alexion Pharms., Inc., Alexion Names Paul Clancy Chief Financial Officer (June 13, 2017), *available at* http://news.alexionpharma.com/press-release/company-news/alexion-names-paul-clancy-chief-financial-officer | ¶ 18 | * |
| Alexion Pharms., Inc., Annual Report (Form 10-K) (Feb. 8, 2016), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-16-226&CIK=899866 | ¶¶ 192, 273, 280 | * |

| | | |
|---|---|---|
| Press Release, Alexion Pharms., Inc., Alexion Reports Fourth Quarter and Full Year 2015 Results and Provides Financial Guidance for 2016 (Feb. 3, 2016), *available at* http://news.alexionpharma.com/press-release/financial-news/alexion-reports-fourth-quarter-and-full-year-2015-results-and-provides- | ¶¶ 69, 191, 196-97, 200 | * |
| Press Release, Alexion Pharms., Inc., Alexion Reports Fourth Quarter and Full Year 2013 Results and Provides Financial Guidance for 2014 (Jan. 30, 2014), *available at* http://news.alexionpharma.com/press-release/financial-news/alexion-reports-fourth-quarter-and-full-year-2013-results-and-provides- | ¶¶ 117, 122-23, 125 | * |
| Earnings Call, Alexion Pharms., Inc. (Jan. 30, 2014), *available at* https://seekingalpha.com/article/1981811-alexion-pharmaceuticals-management-discusses-q4-2013-results-earnings-call-transcript | ¶¶ 119-22, 124-25 | * |
| Press Release, Alexion Pharms., Inc., Alexion Reports First Quarter 2014 Results (Apr. 24, 2014), *available at* http://news.alexionpharma.com/press-release/financial-news/alexion-reports-first-quarter-2014-results | ¶¶ 126, 129, 132-33 | * |
| Earnings Call, Alexion Pharms., Inc. (Apr. 24, 2014), *available at* https://seekingalpha.com/article/2163373-alexion-pharmaceuticals-management-discusses-q1-2014-results-earnings-call-transcript | ¶¶ 128-31 | * |
| Press Release, Alexion Pharms., Inc., Alexion Reports Second Quarter 2014 Results (July 24, 2014), *available at* http://news.alexionpharma.com/press-release/financial-news/alexion-reports-second-quarter-2014-results | ¶¶ 134, 138-39, 141 | * |
| Earnings Call, Alexion Pharms., Inc. (July 24, 2014), *available at* https://seekingalpha.com/article/2340145-alexion-pharmaceuticals-alxn-ceo-leonard-bell-on-q2-2014-results-earnings-call-transcript | ¶¶ 136-38, 140-41 | * |
| Press Release, Alexion Pharms., Inc., Alexion Reports Third Quarter 2014 Results (Oct. 23, 2014), *available at* http://news.alexionpharma.com/press-release/financial-news/alexion-reports-third-quarter-2014-results | ¶¶ 142, 147-48, 151 | * |

6

| | | |
|---|---|---|
| Earnings Call, Alexion Pharms., Inc. (Oct. 23, 2014), *available at* https://seekingalpha.com/article/2590825-alexion-pharmaceuticals-alxn-ceo-leonard-bell-on-q3-2014-results-earnings-call-transcript | ¶¶ 144-47, 149-51 | * |
| Press Release, Alexion Pharms., Inc., Alexion Reports Fourth Quarter and Full Year 2014 Results and Provides Financial Guidance for 2015 (Jan. 29, 2015), *available at* http://news.alexionpharma.com/press-release/financial-news/alexion-reports-fourth-quarter-and-full-year-2014-results-and-provides- | ¶¶ 152, 156-57, 160 | * |
| Earnings Call, Alexion Pharms., Inc. (Jan. 29, 2015), *available at* https://seekingalpha.com/article/2865266-alexion-pharmaceuticals-alxn-q4-2014-results-earnings-call-transcript | ¶¶ 154-56, 158-60 | * |
| Press Release, Alexion Pharms., Inc., Alexion Reports First Quarter 2015 Results (Apr. 23, 2015), *available at* http://news.alexionpharma.com/press-release/company-news/alexion-reports-first-quarter-2015-results | ¶¶ 161, 165-66, 168 | * |
| Earnings Call, Alexion Pharms., Inc. (Apr. 23, 2015), *available at* https://seekingalpha.com/article/3095446-alexion-pharmaceuticals-alxn-ceo-david-hallal-on-q1-2015-results-earnings-call-transcript | ¶¶ 163-65, 167-68 | * |
| Press Release, Alexion Pharms., Inc., Alexion Reports Second Quarter 2015 Results (July 30, 2015), *available at* http://news.alexionpharma.com/press-release/company-news/alexion-reports-second-quarter-2015-results | ¶¶ 169, 172-73, 176 | * |
| Earnings Call, Alexion Pharms., Inc. (July 30, 2015), *available at* https://seekingalpha.com/article/3378045-alexion-pharmaceuticals-alxn-david-l-hallal-on-q2-2015-results-earnings-call-transcript | ¶¶ 171-72, 174-76 | * |
| Press Release, Alexion Pharms., Inc., Alexion Reports Third Quarter 2015 Results (Oct. 29, 2015), *available at* http://news.alexionpharma.com/press-release/alexion-reports-third-quarter-2015-results | ¶¶ 68, 177, 182-83, 185 | * |
| Earnings Call, Alexion Pharms., Inc. (Oct. 29, 2015), *available at* https://seekingalpha.com/article/3624196-alexion-pharmaceuticals-alxn-david-hallal-q3-2015-results-earnings-call-transcript | ¶¶ 179-82, 184-85 | * |
| Earnings Call, Alexion Pharms., Inc. (Feb. 3, 2016), *available at* https://seekingalpha.com/article/3862346-alexion-pharmaceuticals-alxn-ceo-david-hallal-q4-2015-results-earnings-call-transcript | ¶¶ 193-96, 198-200 | * |

| | | |
|---|---|---|
| Press Release, Alexion Pharms., Inc., Alexion Reports First Quarter 2016 Results (Apr. 28, 2016), *available at* http://news.alexionpharma.com/press-release/financial-news/alexion-reports-first-quarter-2016-results | ¶¶ 203, 207, 211, 214 | * |
| Earnings Call, Alexion Pharms., Inc. (Apr. 28, 2016), *available at* https://seekingalpha.com/article/3969394-alexion-pharmaceuticals-alxn-david-l-hallal-q1-2016-results-earnings-call-transcript | ¶¶ 205-10, 212-14 | * |
| Press Release, Alexion Pharms., Inc., Alexion Reports Second Quarter 2016 Results (July 28, 2016), *available at* http://news.alexionpharma.com/press-release/financial-news/alexion-reports-second-quarter-2016-results | ¶¶ 221, 226-27, 230 | * |
| Earnings Call, Alexion Pharms., Inc. (July 28, 2016), *available at* https://seekingalpha.com/article/3992873-alexion-pharmaceuticals-inc-alxn-ceo-david-hallal-q2-2016-results-earnings-call-transcript | ¶¶ 223-30 | * |
| Press Release, Alexion Pharms., Inc., Alexion Reports Third Quarter 2016 Results (Oct. 27, 2016), *available at* http://news.alexionpharma.com/press-release/company-news/alexion-reports-third-quarter-2016-results | ¶¶ 233, 236-37, 240 | * |
| Earnings Call, Alexion Pharms., Inc. (Oct. 27, 2016), https://seekingalpha.com/article/4015834-alexion-pharmaceuticals-alxn-q3-2016-results-earnings-call-transcript | ¶¶ 234-36, 238-40 | * |
| Press Release, Alexion Pharms., Inc., Alexion Reports Fourth Quarter and Full Year 2016 Results and Provides Financial Guidance for 2017 (Feb. 16, 2017), *available at* http://news.alexionpharma.com/press-release/financial-news/alexion-reports-fourth-quarter-and-full-year-2016-results-and-provides- | ¶¶ 241, 246-47, 249 | * |
| Earnings Call, Alexion Pharms., Inc. (Feb. 16, 2017), *available at* https://seekingalpha.com/article/4046771-alexion-pharmaceuticals-alxn-q4-2016-results-earnings-call-transcript | ¶¶ 243-46, 248-49 | * |
| Press Release, Alexion Pharms., Inc., Alexion Reports First Quarter 2017 Results (Apr. 27, 2017), *available at* http://news.alexionpharma.com/press-release/financial-news/alexion-reports-first-quarter-2017-results | ¶¶ 250, 255, 258, 260 | * |

8

| | | |
|---|---|---|
| Earnings Call, Alexion Pharms., Inc. (Apr. 27, 2017), *available at* https://seekingalpha.com/article/4066340-alexion-pharmaceuticals-alxn-q1-2017-results-earnings-call-transcript | ¶¶ 252-56, 259-60, 285 | * |
| Alexion Pharms., Inc., Quarterly Report (Form 10-Q) (Apr. 25, 2014), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-14-103&CIK=899866 | ¶ 127, 279, | * |
| Alexion Pharms., Inc., Quarterly Report (Form 10-Q) (July 25, 2014), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-14-166&CIK=899866 | ¶ 135, 279 | * |
| Alexion Pharms., Inc., Quarterly Report (Form 10-Q) (Oct. 24, 2014), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-14-225&CIK=899866 | ¶ 143, 279 | * |
| Alexion Pharms., Inc., Quarterly Report (Form 10-Q) (Apr. 24, 2015), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-15-97&CIK=899866 | ¶ 162, 280 | * |
| Alexion Pharms., Inc., Quarterly Report (Form 10-Q) (July 31, 2015), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-15-135&CIK=899866 | ¶ 170, 280 | * |
| Alexion Pharms., Inc., Quarterly Report (Form 10-Q) (Nov. 2, 2015), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-15-189&CIK=899866 | ¶ 178, 280 | * |
| Alexion Pharms., Inc., Quarterly Report (Form 10-Q) (Apr. 29, 2016), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-16-290&CIK=899866 | ¶ 204, 280 | * |
| Alexion Pharms., Inc., Quarterly Report (Form 10-Q) (July 29, 2016), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-16-328&CIK=899866 | ¶ 222, 280 | * |
| Alexion Pharms., Inc., Quarterly Report (Form 10-Q) (Apr. 27, 2017), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-17-84&CIK=899866 | ¶ 251, 282 | * |

| | | |
|---|---|---|
| Anupam Rana, *Alexion Pharmaceuticals: Downgrading to Neutral*, J.P. MORGAN (May 23, 2017) | ¶ 87 | * |
| Leonard Bell, Form 4 (Dec. 15, 2015), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-15-212&CIK=899866 | | * |
| Leonard Bell, Form 4 (Dec. 20, 2013), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-13-203&CIK=899866 | | * |
| Alexion Pharms., Inc., Quarterly Report (Form 10-Q) (July 27, 2017), *available at* http://ir.alexion.com/secfiling.cfm?filingID=899866-17-153&CIK=899866 | | * |

19.     The chart below identifies those documents cited by Defendants in the Memorandum of which the Defendants request that the Court take judicial notice.

| **Document Title** | **Exhibit** |
|---|---|
| Christiane Segatto, *O paciente de R$ 800 mil*, EPOCA (Mar. 23, 2012), English translation *available at* https://translate.google.com/translate?hl=en&sl=pt&u=http://revistaepoca.globo.com/tempo/noticia/2012/03/o-paciente-de-r-800-mil.html&prev=search | * |
| João Biehl et al., *Between the Court and the Clinic: Lawsuits for Medicines and the Right to Health in Brazil*, 14 Health and Human Rights 1 (2012), *available at* http://joaobiehl.net/wp-content/uploads/2009/07/Health-and-Human-Rights1.pdf | * |
| João Biehl et al., *Judicialisation and the Right to Health in Brazil*, 373 The Lancet 2182 (2009), *available at* http://joaobiehl.net/wp-content/uploads/2009/07/Judicialisation.pdf | * |
| Fabiola Sulpino Vieira & Paola Zucchi, *Distortions to national drug policy caused by lawsuits in Brazil*, 41 Revista de Saúde Pública 2 (2007), *available at* http://www.scielo.br/scielo.php?pid=S0034-89102007000200007&script=sci_arttext&tlng=en | * |

10

| | |
|---|---|
| Press Release, Alexion Pharms., Inc., Alexion Announces Additions to Executive Leadership Team (June 1, 2017) | 13 |
| Bay State Biotech Report: Alexion and Health Law, *Bloomberg*, https://www.bloomberg.com/news/audio/2017-07-28/bay-state-biotech-report-alexion-and-health-law (July 28, 2017) | * |
| Alexion's stock price between January 3, 2017 and January 6, 2017 | 14 |

Dated: New York, New York
       September 12, 2017

                                                                           Maxwell A. Kosman