**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br>　　　　　Plaintiff,<br>　　vs.<br>ALEXION PHARMACEUTICALS, INC., LEONARD BELL, DAVID L. HALLAL, VIKAS SINHA, DAVID BRENNAN, DAVID J. ANDERSON, LUDWIG N. HANTSON, and CARSTEN THIEL<br>　　　　　Defendants. | Civ. No. 3:16-cv-2127 (AWT)<br><br>Hon. Alvin W. Thompson |

**DECLARATION OF MICHAEL H. ROGERS**
**IN SUPPORT OF LEAD PLAINTIFFS' ATTEMPTED**
**FILING OF THE AMENDED COMPLAINT**

I, MICHAEL H. ROGERS, hereby declare as follows:

1. I am a member of the law firm Labaton Sucharow LLP, Co-Lead Counsel for Lead Plaintiffs in the above-captioned action. I respectfully submit this declaration pursuant to Rule V. D. of the United States District Court, District of Connecticut Electronic Filing Policies and Procedures ("ECF Manual") in support of Lead Plaintiffs' attempted filing of the Amended Complaint on May 31, 2019.

2. On April 2, 2019, this Court ordered that Plaintiff file a second Amended Complaint by May 31, 2019 (ECF No. 116).

3. On May 31, 2019, my firm attempted to electronically file the second Amended Complaint through the United States District Court, District of Connecticut's CM/ECF system. According to the website for the District of Connecticut, the CM/ECF system was scheduled to be down for maintenance from 5 PM EDT to 9 PM EDT. However, because the system never became available again after 9 PM EDT, Lead Plaintiffs were unable to electronically file the second Amended Complaint on May 31, 2019.

4. Pursuant to the Rule V.D. of the ECF Manual, I emailed QualityControl@ctd.uscourts.gov at 11:59 PM on May 31, 2019 to inform the Court that we were unable to complete the filing electronically due to the extended system maintenance.

5. Lead Plaintiff served counsel for Defendants with a copy of the Amended Complaint on June 1, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 2nd day of June, 2019, in New York, New York.

                                                      */s/ Michael H. Rogers*  
                                                      Michael H. Rogers