## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXION PHARMACEUTICALS, INC., LEONARD BELL, DAVID L. HALLAL, VIKAS SINHA, DAVID BRENNAN, DAVID J. ANDERSON, LUDWIG N. HANTSON, and CARSTEN THIEL,<br><br>Defendants. | Civ No. 3:16-cv-02127-AWT |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ALEXION PHARMACEUTICALS, INC by and through undersigned counsel, state that as of July 21, 2021, it is a wholly owned subsidiary of AstraZeneca PLC, which is a publicly traded company with a primary listing on the London Stock Exchange, and secondary listings on Nasdaq Stockholm and Nasdaq Global Select Market (US). As of August 19, 2021, no individual person or legal entity holds more than 10% of the issued share capital of AstraZeneca PLC.

Dated: August 19, 2021

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

BY:  /s/ Daniel Kramer
Daniel J. Kramer (admitted *pro hac vice*)
Audra J. Soloway (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
dkramer@paulweiss.com
asoloway@paulweiss.com

WIGGIN & DANA

David A. Ring
Robyn E. Gallagher
265 Church Street
New Haven, CT 06510
Phone: (860) 297-3703
dring@wiggin.com
rgallagher@wiggin.com

*Attorneys for Alexion Pharmaceuticals, Inc., Leonard Bell, David L. Hallal, Vikas Sinha, David Brennan, David J. Anderson, Ludwig N. Hantson, and Carsten Thiel*