UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    - v. -<br><br>ALEXION PHARMACEUTICALS, INC.; LEONARD BELL; DAVID L. HALLAL; VIKAS SINHA; DAVID BRENNAN; DAVID J. ANDERSON; LUDWIG N. HANTSON; and CARSTEN THIEL,<br><br>        Defendants. | Case No. 3:16-cv-02127-AWT<br><br><br>September 1, 2021 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER THE AMENDED COMPLAINT DATED JUNE 2, 2019**

  Defendants Alexion Pharmaceuticals, Inc., Leonard Bell, David L. Hallal and Vikas Sinha[1] (collectively the "Defendants") move pursuant to Rule 7(b) of the Local Rules of the District of Connecticut, for an extension of time of 60 days, to October 18, 2021, to answer or otherwise respond to the Amended Complaint dated June 2, 2019.  Doc. No. 121.

  This Motion for Extension of Time is supported by good cause.  On August 19, 2021, the Court granted in part and denied in part the Defendants' Motion to Dismiss the Amended Complaint in a thorough, 91 page Order.  Doc. No. 172.  The Amended Complaint itself is over 100 pages and contains 378 numbered paragraphs.  Doc. No. 121.  Undersigned counsel requires additional time to meet with its clients in preparing an appropriate response to the parts of the Amended Complaint that remain at issue.  Unfortunately, preexisting end of summer plans and impending religious holidays have impeded the ability to meet with clients.

---

[1] The Court dismissed each of the Counts as to Defendants David Brennan, David J. Anderson, Ludwig N. Hantson, and Carsten Thiel.  Doc. No. 172.

This is the Defendants' first Motion for Extension of Time to Answer the Amended Complaint. Opposing counsel consents to the request. This Motion for Extension of Time is being filed within three days of the relevant deadline to allow discussion amongst Counsel in reaching an agreement on the extension for time and a request to meet and confer.

| | |
|---|---|
| Dated:   September 1, 2021 | Respectfully submitted,<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>BY:       /s/ Daniel Kramer    <br>Daniel J. Kramer (admitted *pro hac vice*)<br>Audra J. Soloway (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br>Phone:  (212) 373-3000<br>Fax:  (212) 757-3990<br>dkramer@paulweiss.com<br>asoloway@paulweiss.com<br><br>WIGGIN & DANA<br><br>David A. Ring<br>Robyn E. Gallagher<br>265 Church Street<br>New Haven, CT 06510<br>Phone:  (860) 297-3703<br>dring@wiggin.com<br>rgallagher@wiggin.com<br><br>*Attorneys for Alexion Pharmaceuticals, Inc., Leonard Bell, David L. Hallal, Vikas Sinha, David Brennan, David J. Anderson, Ludwig N. Hantson, and Carsten Thiel* |

10412\85\4847-9632-5110.v1

10412\85\4816-6617-1385.v1