UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------- x
BOSTON RETIREMENT SYSTEM, on      :
behalf of itself and all others   :
similarly situated,               :
                                  :
         Plaintiff,               :
                                  :
v.                                :
                                  :  Civil No. 3:16-cv-2127 (AWT)
ALEXION PHARMACEUTICALS, INC.,    :
LEONARD BELL, DAVID L. HALLAL,    :
VIKAS SINHA, DAVID BRENNAN,       :
DAVID J. ANDERSON, LUDWIG N.      :
HANTSON, and CARSTEN THIEL,       :
                                  :
         Defendants.              :
------------------------------- x

## PRETRIAL SCHEDULING ORDER

The court adopts the following dates as the pretrial scheduling order pursuant to Fed. R. Civ. P. 16 and 26(f):

| | |
|---|---|
| Defendants' Answers to the Consolidated Class Action Complaint | October 18, 2021 |
| (Pre-Discovery) Initial Disclosures | October 18, 2021 |
| Lead Plaintiffs' Production of Documents Responsive to Defendants First Requests for Production Related to Class Certification Substantially Completed | December 15, 2021 |
| Motion for Class Certification | December 15, 2021 |
| Lead Plaintiffs' Production of Privilege Log, if any, Relating to Document Productions Made in Response to Defendants' First Requests for Production Related to Class Certification | January 5, 2022 |
| Memoranda in Opposition to any Motions for Class Certification | March 8, 2022 |

| | |
|---|---|
| Defendants' Production of Documents Responsive to Lead Plaintiffs' First Requests for Production Substantially Completed | April 1, 2022 |
| Defendants' Production of Privilege Log, if any, Relating to Document Productions Made in Response to Lead Plaintiffs' First Requests for Production | May 2, 2022 |
| Lead Plaintiffs' Motion(s) to Join Additional Parties and/or to Amend the Pleadings | May 2, 2022 |
| Reply Memoranda regarding Motions for Class Certification | May 9, 2022 |
| Defendants' Motion(s) to Join Additional Parties | June 1, 2022 |
| Non-Dispositive Motions and Supporting Documents which Relate to Fact Discovery | August 26, 2022 |
| Identification of Experts (parties to informally exchange name and topic(s) of each anticipated expert) | August 26, 2022 |
| Fact Discovery completed | September 9, 2022 |
| Rule 26 Expert Reports for Party with Burden of Proof on Issue | Served by October 7, 2022 |
| Rule 26 Expert Rebuttal Reports | Served by November 18, 2022 |
| Rule 26 Expert Reply Reports | Served by January 6, 2023 |
| Expert Discovery Completed | February 6, 2023 |
| Non-Dispositive Motions and Supporting Documents which Relate to Expert Discovery | February 6, 2023 |
| Rule 26 Experts Depositions | Completed by February 6, 2023 |

| | |
|---|---|
| Motions & Opening Briefs for Summary Judgment (and Dispositive) Motions, including motions filed pursuant to Daubert | March 6, 2023 |
| Opposition Briefs for Summary Judgment (and Dispositive) Motions, including motions filed pursuant to Daubert | April 10, 2023 |
| Reply Briefs for Summary Judgment (and Dispositive) Motions, including motions filed pursuant to Daubert | May 8, 2023 |

It is so ordered.

Dated this 22nd day of December 2021, at Hartford, Connecticut.

                                                   /s/AWT
                                      Alvin W. Thompson
                             United States District Judge