UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>ALEXION PHARMACEUTICALS, INC., LEONARD BELL, DAVID L. HALLAL, VIKAS SINHA, DAVID BRENNAN, DAVID J. ANDERSON, LUDWIG N. HANTSON, and CARSTEN THIEL,<br><br>     Defendants. | Civ. No. 3:16-cv-2127 (AWT)<br><br>CLASS ACTION |

**CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT**

Class Representatives Erste Asset Management GmbH and the Public Employee Retirement System of Idaho ("Class Representatives") hereby move this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of providing notice of the proposed Settlement to Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Co-Class Counsel's motion for attorneys' fees and expenses. In support of this motion, Class Representatives submit the Memorandum of Law in Support of their Unopposed Motion for Preliminary Approval of Settlement, filed herewith, and the Stipulation and Agreement of Settlement dated as of September 11, 2023 (the "Stipulation"), attached hereto as Exhibit 1. The Parties' agreed-upon [Proposed] Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement is attached

hereto as Exhibit 2.  The firm resume for KCC Class Action Services, LLC, the proposed Claims Administrator, is attached hereto as Exhibit 3.  Pursuant to the terms of the Stipulation, this motion is unopposed by Defendants, and Class Representatives respectfully submit that the motion may be decided on the papers, subject to the Court's approval.

DATED:  September 12, 2023			MOTLEY RICE LLC

By: */s/ William H. Narwold*
	WILLIAM H. NARWOLD (CT 00133)
Mathew P. Jasinski
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Telephone:  (860) 882-1681
Facsimile:   (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

	-and-

Gregg S. Levin (*pro hac vice*)
William S. Norton (*pro hac vice*)
Joshua C. Littlejohn (*pro hac vice*)
Christopher F. Moriarty (*pro hac vice*)
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone:  (843) 216-9000
Facsimile:   (843) 216-9450
glevin@motleyrice.com
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com


LABATON SUCHAROW LLP
Jonathan Gardner (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Philip J. Leggio (*pro hac vice*)
140 Broadway
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile:   (212) 818-0477
jgardner@labaton.com

mrogers@labaton.com
pleggio@labaton.com

*Co-Class Counsel for Class Representatives and the Class*