MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of March, two thousand and twenty-four,

_____

Alexion Pharmaceuticals Inc., Leonard Bell, David L. Hallal, Vikas Sinha,

        Petitioners,

v.

Boston Retirement System, Individually and On Behalf of All Others Similarly Situated, Erste Asset Management GmbH, Public Employee Retirement System of Idaho, Gwinnett County Public Employees Retirement System, Steamship Trade Association International Longshoremens Association Pension Fund, The Alger Funds, Charles Schwab,

        Respondents.

_____

**ORDER**
Docket No. 23-709

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/11/2024